# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 04, 2015

Mr. Michael Earl Urena
Texas RioGrande Legal Aid, Incorporated
542 E. Main Street
Eagle Pass, TX 78852-0000

   No. 14-20574   Rolando Serna v. Law Office of Joseph
                  Onwuteaka, et al
   USDC No. 4:11-CV-3034

Dear Mr. Urena,

The following pertains to the paper copies of your brief received on February 27, 2015.

We filed your brief. However, you must make the following corrections within the next 5 days. You may:

  1. Send someone to this office to correct the briefs;

  2. Send someone to pick up the briefs, correct and return them;

  3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;

  4. Send corrected briefs and we will recycle those on file.

Opposing counsel's briefing time continues to run.

You need to correct or add:

You need to remove the addendum and file it separately from your brief. The paper copies need to exactly match what you filed electronically.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
    Mr. Joseph Onwuteaka
    Ms. Christina E. Trejo

Case: 14-20574    Document: 00512956914    Page: 2    Date Filed: 02/27/2015